**Nick DRAGOVICH, Plaintiff–Appellee,**

v.

**Joseph M. BUICE, a/k/a ModChipUSA, a/k/a A & M Enterprises; Andre Walliman, Defendants–Appellants.**

No. 02–1309.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 14, 2002.

Decided Nov. 15, 2002.

Joseph M. Buice, Andre Walliman, Appellants Pro Se. Douglas Wayne Kenyon, Keri C. Prince, Laurie J. Bremer, Hunton & Williams, Raleigh, North Carolina, for Appellee.

Before WILLIAM D. WILKINS, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Joseph M. Buice and Andre Walliman appeal the district court's order entering default judgment against them in this copyright infringement and breach of contract action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Dragovich v. Buice,* No. CA–00–418 (E.D.N.C. June 7, 2000). Additionally, we deny the Appellants' motions for a stay of discovery in Dragovich's collection proceeding in the Eastern District of Virginia and to expedite consideration of the motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*